UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUY R. WOODARD, | ) | |
|     Plaintiff, | ) | 2:14-cv-00272-RFB-NJK |
| vs. | ) | **ORDER** |
| JAMES COX, *et al.*, | ) | (Docket No. 13) |
|     Defendants. | ) | |

Pending before the Court is Defendants' motion to extend stay and schedule settlement conference. Docket No. 13. On April 22, 2014, the Court screened Plaintiff's Complaint and stayed the litigation of this case for 90 days, in order for the parties to engage in informal settlement discussions. Docket No. 3. The Court directed Defendants to file their 90-day stay report on or before July 21, 2014. *Id*. On July 21, 2014, Defendants filed a motion to extend the stay and the time to file their status report. Docket No. 10. On July 22, 2014, the Court granted Defendants' motion, and extended both the stay and the deadline for the status report to August 20, 2014. Docket No. 11.

On August 14, 2014, Defendants filed a motion requesting another extension of the stay and the status report. Docket No. 13. Defendants represent that they are currently engaged in informal settlement discussions with Plaintiff, and that all parties believe that a formal settlement conference would be beneficial in settling the case. *Id*., at 2. By separate order today, the Court set a settlement conference for October 28, 2014.

. . . .

1  Accordingly,

2  **IT IS ORDERED** that Defendants' motion (Docket No. 13) is **GRANTED**.

3  **IT IS FURTHER ORDERED** that the stay in this case is extended until November 12, 2014.

4  Defendants shall file their status report on or before November 12, 2014.

5  IT IS SO ORDERED.

6  Dated this 19th day of August, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE