# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GUY R. WOODARD,                          )
                                         )
                    Plaintiff,           )          Case No. 2:14-cv-00272-RFB-NJK
                                         )
vs.                                      )          NOTICE REGARDING
                                         )          EX PARTE COMMUNICATIONS
JAMES COX, et al.,                       )
                                         )
                    Defendants.          )
_____  )

On August 21, 2014, the Court received a telephone call from counsel for Defendants asking the Court to move the previously-scheduled settlement conference. Parties and counsel are prohibited from making *ex parte* communications with the Court. *See, e.g.*, Local Rule 7-6(a). As such, all parties and counsel shall refrain from calling chambers. The Court further reminds the parties and counsel that they must abide by the local rules and court orders, and that failure to do so may result in severe sanctions. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED:   August 21, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge