**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GUY R. WOODARD, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-00272-RFB-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES COX, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff is a former inmate who was housed at Southern Desert Correctional Center from April 2012 until he was paroled on January 7, 2013.  *See* Docket No. 41, at 2.  Plaintiff filed his original complaint on February 21, 2014.  Docket No. 1-1.  Plaintiff is not presently incarcerated. *See* Docket.

On April 22, 2014, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity to engage in informal settlement discussions.  Docket Nos. 3, 5.  On July 22, 2014, the Court extended the stay until August 20, 2014, to give the parties time to meet and attempt to finalize a settlement agreement.  Docket No. 11.  On August 19, 2014, the Court granted Plaintiff's motion for a settlement conference and extended the stay until November 12, 2014. Docket No. 14.  The Court held a settlement conference on October 28, 2014, but no settlement was reached.  Docket No. 27.

On October 29, 2014, this case was referred to the Pilot Pro Bono Program for the purpose of identifying pro bono counsel.  Docket No. 30.  On November 14, 2014, the Court granted Plaintiff's motion to stay the case until Plaintiff's appointment of pro bono counsel.  Docket No. 35.

1   The Court ordered that upon the appointment of pro bono counsel, Defendants must file and serve

2   an answer or other response to the complaint within 60 days. *Id.*, at 3. Plaintiff was appointed pro

3   bono counsel on December 15, 2014. Docket No. 38.

4        On February 11, 2015, Defendants filed a partial motion to dismiss. Docket No. 41. On

5   February 26, 2015, Plaintiff filed a motion to amend his complaint. Docket No. 43. Defendants did

6   not oppose Plaintiff's motion to amend. Docket No. 45. On August 13, 2015, the Court granted

7   Plaintiff's motion to amend and denied without prejudice Defendants' motion to dismiss. Docket

8   No. 47.

9        To date, no scheduling order has been entered in this case. *See* Docket. The fact that

10   Defendants filed a motion to dismiss, standing alone, does not act as an automatic stay of the parties'

11   discovery obligations. *See, e.g., Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev.

12   2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 560 (D. Nev. 2011)). Accordingly,

13   the parties are **ORDERED** to engage in a Rule 26(f) meeting no later than August 25, 2015, and

14   submit a stipulated discovery plan no later than September 8, 2015.

15        DATED: August 14, 2015

16

17   _____

18   NANCY J. KOPPE
       United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28