# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUY R. WOODWARD,<br><br>   Plaintiff(s),<br><br>vs.<br><br>JAMES COX, et al.,<br><br>   Defendant(s). | Case No. 2:14-cv-00272-RFB-NJK<br><br>ORDER GRANTING MOTION TO EXTEND<br><br>(Docket No. 50) |

  Pending before the Court is Defendants' motion to extend the deadline to respond to Plaintiff's third-amended complaint. Docket No. 50. The motion indicates that, *inter alia*, Plaintiff's counsel has indicated that he will not oppose the motion. Docket No. 50-1 at 2. For good cause shown, the motion to extend is hereby GRANTED. Defendants' response shall be filed no later than September 23, 2015.

  IT IS SO ORDERED.

  DATED: September 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge