UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUY R. WOODARD, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> JAMES COX, et al., ) </br> ) </br> Defendants. ) </br> ) | Case No. 2:14-cv-00272-RFB-NJK </br></br> ORDER </br></br> (Docket No. 57) |

Pending before the Court is Plaintiff's second motion to extend discovery deadlines. Docket No. 57. The Court has considered Plaintiff's motion and Defendants' response. Docket Nos. 57, 60. No reply is necessary. The Court finds the motion properly resolved without oral argument. *See* Local Rule 78-2.

Plaintiff asks the Court to extend the discovery cut-off by 150 days (though, if necessary, Plaintiff represents that he could complete the necessary discovery in 90 days), and to extend the proof of service date to February 25, 2016. *Id*. at 7. Defendants respond that, although the discovery deadline expired on February 15, 2016 (the date Plaintiff filed his motion to extend) and the Court stated it was not inclined to grant further extensions, they take no position on Plaintiff's request to extend the discovery deadline. Docket No. 60 at 3. Defendants do, however, oppose Plaintiff's request to extend the proof of service deadline. *Id*. at 4.

. . . .

. . . .

1    For good cause and excusable neglect shown, the Court GRANTS Plaintiff's motion. Docket No. 57. The proof of service deadline is extended to February 25, 2016. The discovery deadline is extended by 120 days, to June 14, 2016. All dispositive motions, including motions for summary judgment, shall be filed and served no later than July 14, 2016. The parties shall file a joint pretrial order no later than August 15, 2016. In the event dispositive motions are filed, however, the date for filing the joint pretrial order shall be suspended until 30 days after the Court resolves the dispositive motions, or further order of the Court.

IT IS SO ORDERED.

DATED: February 19, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge