UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| GUY R. WOODARD, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-cv-00272-RFB-NJK |
| vs. | ) | ORDER RE: MOTION TO WITHDRAW |
| JAMES COX, *et al*, | ) | (Docket No. 95) |
| Defendants. | ) | |

Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 95. The Court hereby **SETS** a hearing on the motion for 3:00 p.m. on September 1, 2016, in Courtroom 3B. Any response to the motion to withdraw shall be filed no later than August 23, 2016. Plaintiff's current counsel and Plaintiff shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than August 19, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: August 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge