**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUY R. WOODARD, ) | Case No. 2:14-cv-00272-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER RE: MOTION TO |
| vs. ) | WITHDRAW |
| ) | |
| JAMES COX, et al., ) | (Docket No. 124) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 124. The Court hereby **SETS** a hearing on the motion for 9:00 a.m. on June 1, 2017, in Courtroom 3A. Any response to the motion to withdraw shall be filed no later than May 25, 2017. Plaintiff and his current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than May 18, 2017, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED:   May 11, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge