**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GUY R. WOODARD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-00272-RFB-NJK<br><br>**ORDER APPOINTING COUNSEL** |

  This case was referred to the Pilot *Pro Bono* Program ("Program") adopted in General Order 2016-02 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Renee Cooper, Esq., is hereby appointed as counsel for Guy R. Woodard. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

  IT IS HEREBY ORDERED that Renee Cooper, Esq. is hereby appointed as *pro bono* counsel for Guy R. Woodard pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

IT IS FURTHER ORDERED that Renee Cooper, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that the Clerk of Court shall assign a PROBONO case flag and add Renee Cooper, Esq. to the docket as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Renee Cooper, Esq. shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Renee Cooper, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED: July 21, 2017

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE