1  ADAM PAUL LAXALT
     Attorney General
2  JARED M. FROST (Bar No. 11132)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Suite 3900
   Las Vegas, Nevada 89101
5  (702) 486-3177 (phone)
   (702) 486-3773 (fax)
6  Email: jfrost@ag.nv.gov

7  *Attorneys for Defendants
   James Cox, Brian Williams, Romeo*
8  *Aranas, Francisco Sanchez, Frank
   Dreesen, Benedicto Gutierrez, Fred Richardson,*
9  *and Cheryl Dressler*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUY R. WOODARD, | Case No. 2:14-cv-00272-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES COX, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Guy R. Woodard, by and through counsel, Renée Cooper, Esq., and Defendants James Cox, Brian Williams, Romeo Aranas, Francisco Sanchez, Frank Dreesen, Benedicto Gutierrez, Fred Richardson, and Cheryl Dressler, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

///

///

///

The parties here state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED 11-14-, 2017.　　　　　　　　　DATED November 15, 2017.

　　　　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　　　Attorney General

/s/ Renée Cooper　　　　　　　　　　　By: /s/ Jared Frost
Renée Cooper, Esq.　　　　　　　　　　Jared M. Frost
Nevada Bar No. 14440C　　　　　　　　Nevada Bar No. 11132
Legal Aid of Southern Nevada　　　　　555 E. Washington Avenue, Ste. 3900
725 E. Charleston Boulevard　　　　　 Las Vegas, NV 89101
Las Vegas Nevada, 89104　　　　　　　*Attorneys for Defendants*
*Attorney for Plaintiff*

IT IS SO ORDERED.　　　　　　　　　　DATED November 16, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Richard F. Boulware, II
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　United States District Judge